AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briccetti, Vincent L. | U.S. District Court, Southern District of New York | 05/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
300 Quarropas Street
White Plains, NY 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Director | Fordham Law Alumni Association |
| 3. | Trustee | Trust #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Greenwich Anesthesiology Associates, P.C. - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory Law School | 5/5/2015 - 5/8/2015 | Atlanta, GA | Trial techniques program (teach) | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Dovenmuehle Mortgage Inc. | Mortgage partially on rental property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property #1, South Salem, NY (1993, $62,458) | C | Rent | L | R | | | | | |
| 2. | Chase Bank, various accounts | A | Interest | L | T | | | | | |
| 3. | Fidelity Growth Company Fund | A | Dividend | K | T | Sold (part) | 03/10/15 | J | | |
| 4. | | | | | | Sold (part) | 03/19/15 | J | | |
| 5. | Fidelity NY Muni MM Fund | A | Dividend | J | T | | | | | |
| 6. | iShares S&P 500 Index | | None | | | Sold | 03/10/15 | J | | |
| 7. | iShares S&P National Municipal Bond | A | Dividend | J | T | Buy | 05/18/15 | J | | |
| 8. | iShares Core MSCI Emerging Markets | A | Dividend | | | Buy | 08/07/15 | J | | |
| 9. | | | | | | Sold | 12/24/15 | J | | |
| 10. | NMIS General NY MM Fund Class B | A | Interest | J | T | | | | | |
| 11. | Nuveen New York Dividend Advantage Municipal 2 | A | Dividend | | | Merged (with line 12) | 06/09/15 | J | | |
| 12. | Nuveen NY Municipal Dividend Advantage | A | Dividend | K | T | Buy | 03/10/15 | J | | |
| 13. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 14. | IRA #3 | A | Dividend | | | | | | | |
| 15. | - T Rowe Price International Bond Fund | | | | | Sold | 01/29/15 | J | | |
| 16. | - T Rowe Price New Income Fund | | | | | Sold | 01/29/15 | M | | |
| 17. | IRA #5 (Fidelity) | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Aberdeen Asia Pac Income | | | | | Buy (add'l) | 06/23/15 | K | | |
| 19. - Doubleline Total Return Bond I | | | | | | | | | |
| 20. - Fidelity Cash Reserves | | | | | | | | | |
| 21. - Fidelity Floating Rate High Income | | | | | Sold (part) | 06/23/15 | K | | |
| 22. - iShares Core MSCI Emerging Markets | | | | | Buy (add'l) | 02/03/15 | J | | |
| 23. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 24. | | | | | Sold (part) | 10/28/15 | J | | |
| 25. | | | | | Sold | 12/25/15 | K | | |
| 26. - iShares MSCI EAFE Small Cap Index | | | | | Buy (add'l) | 12/24/15 | J | | |
| 27. - iShares S&P 500 Index | | | | | Buy (add'l) | 03/19/15 | J | | |
| 28. | | | | | Buy (add'l) | 05/12/15 | K | | |
| 29. - Nuveen Build America | | | | | Buy (add'l) | 01/16/15 | K | | |
| 30. | | | | | Buy (add'l) | 03/10/15 | K | | |
| 31. - SPDR Barclays Capital Short Term High Yield Bond | | | | | | | | | |
| 32. - Bank of America Corp Bond | | | | | Buy | 05/05/15 | K | | |
| 33. - Goldman Sachs Group Inc Medium Term Note | | | | | Buy | 05/18/15 | K | | |
| 34. - iShares iBoxx $ High Yield Corporate Bond | | | | | Buy | 01/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/19/15 | K | | |
| 36. | | | | | Buy (add'l) | 08/07/15 | K | | |
| 37. - Nuveen Credit Strategies Income Fund | | | | | Buy | 08/07/15 | K | | |
| 38. | | | | | Buy (add'l) | 10/06/15 | K | | |
| 39. - PIMCO Income Instl | | | | | Buy | 06/23/15 | K | | |
| 40. - Vanguard Emerging Markets | | | | | Buy | 12/24/15 | L | | |
| 41. - T Rowe Price Emerging Markets Bond Fund | | | | | Sold | 10/28/15 | J | | |
| 42. - iShares Trust Core MSCI Total Intl Stk | | | | | Buy | 03/10/15 | J | | |
| 43. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 44. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 45. | | | | | Sold | 10/06/15 | K | | |
| 46. IRA #6 (Fidelity) | D | Dividend | M | T | | | | | |
| 47. - Fidelity Cash Reserves | | | | | | | | | |
| 48. - Fidelity Floating Rate High Income | | | | | Sold (part) | 05/12/15 | K | | |
| 49. | | | | | Sold | 05/18/15 | K | | |
| 50. - iShares Core MSCI Emerging Markets | | | | | Sold | 02/12/15 | J | | |
| 51. - iShares iBoxx $ Investment Grade Corporate Bond | | | | | Sold (part) | 02/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/10/15 | K | | |
| 53. | | | | | Sold | 05/12/15 | J | | |
| 54. - iShares MSCI EAFE Small Cap Index | | | | | Sold | 02/12/15 | J | | |
| 55. - Nuveen Build Amer Bd Fd | | | | | Buy (add'l) | 02/12/15 | K | | |
| 56. | | | | | Buy (add'l) | 05/12/15 | K | | |
| 57. | | | | | Buy (add'l) | 05/18/15 | K | | |
| 58. | | | | | Sold (part) | 10/18/15 | K | | |
| 59. - Payden High Income | | | | | Buy (add'l) | 03/10/15 | K | | |
| 60. | | | | | Sold (part) | 10/28/15 | J | | |
| 61. - Angel Oak Multistrat Income Instl | | | | | Buy | 10/28/15 | K | | |
| 62. 401(K) #2 | D | Dividend | N | T | | | | | |
| 63. -Vanguard 500 Index | | | | | Buy (add'l) | 01/16/15 | K | | |
| 64. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 65. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 66. - Vanguard Small Capitalization Stock | | | | | Buy (add'l) | 03/27/15 | J | | |
| 67. | | | | | Sold (part) | 10/28/15 | J | | |
| 68. - Vanguard Total Bond Market Index Inv | | | | | Sold (part) | 01/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/03/15 | J | | |
| 70. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 71. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 72. Northwestern Mutual Whole Life Policy | C | Dividend | L | T | | | | | |
| 73. Northwestern Variable Life Policy #1 | B | Dividend | L | T | | | | | |
| 74. - Northwestern MM (Y) | | | | | | | | | |
| 75. - Northwestern Balanced (Y) | | | | | | | | | |
| 76. - Northwestern Index 500 Stock (Y) | | | | | | | | | |
| 77. - Northwestern Growth Stock (Y) | | | | | | | | | |
| 78. - Northwestern Index 400 Stock (Y) | | | | | | | | | |
| 79. - Northwestern Small Cap Growth Stock (Y) | | | | | | | | | |
| 80. - Northwestern Russell Global Real Estate Securities (Y) | | | | | | | | | |
| 81. Northwestern Variable Life Policy #2 | B | Dividend | L | T | | | | | |
| 82. - Northwestern MM (Y) | | | | | | | | | |
| 83. - Northwestern Balanced (Y) | | | | | | | | | |
| 84. - Northwestern Index 500 Stock (Y) | | | | | | | | | |
| 85. - Northwestern Growth Stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Northwestern Index 400 Stock (Y) | | | | | | | | | |
| 87.  - Northwestern Small Cap Growth Stock (Y) | | | | | | | | | |
| 88.  - Northwestern Russell Global Real Estate Securities (Y) | | | | | | | | | |
| 89.  Trust #1 | C | Int./Div. | | | | | | | |
| 90.  - Afs Global Balanced Fund | | | | | Sold | 08/28/15 | J | | |
| 91.  - Bank of America Corp | | | | | Sold | 08/28/15 | J | | |
| 92.  - Deutsche Global High Income Fund | | | | | Sold | 08/28/15 | K | | |
| 93.  - Deutsche NY Tax Free Income Fund | | | | | Sold | 08/28/15 | K | | |
| 94.  - GE Capital Corp InterNotes | | | | | Sold | 08/28/15 | J | | |
| 95.  - Monroe Cnty NY ARPT Auth Rev Tax Ex Muni Bond | | | | | Sold | 08/28/15 | J | | |
| 96.  - NY Insured Municipal Income Trust Series No. 190 | | | | | Sold | 08/28/15 | J | | |
| 97.  - NY Insured Municipal Income Trust Series No. 160 | | | | | Sold | 08/28/15 | J | | |
| 98.  - NY Insured Municipal Income Trust Series No. 171 | | | | | Sold | 08/28/15 | J | | |
| 99.  - Edward Jones MM | | | | | Sold | 10/06/15 | M | | |
| 100.  - MetLife Investors Fixed Annuity | | | | | Closed | | | | |
| 101.  - GE Capital Retail Bank Account | | | | | Sold | 08/28/15 | J | | |
| 102.  - Goldman Sachs Bank USA Account | | | | | Sold | 08/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Trust #2 | A | Int./Div. | K | T | | | | | |
| 104. - Afs Global Balanced Fund (X) | | | | | Sold | 11/06/15 | J | | |
| 105. - Edward Jones Tax Free MM (X) | | | | | | | | | |
| 106. - GE Capital Corp InterNotes (X) | | | | | Sold | 11/06/15 | J | | |
| 107. - Natl Rural Utils COOP Fin Corp (X) | | | | | Sold | 11/06/15 | J | | |
| 108. - NY Insured Municipal Income Trust Series No. 171 (X) | | | | | Sold | 11/06/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

- T Rowe Price Blue Chip Growth Fund reported on line 10 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- T Rowe Price Equity Income Fund reported on line 11 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- T Rowe Price Mid-Cap Growth Fund reported on line 12 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- T Rowe Price Blue Mid-Cap Value Fund reported on line 13 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- T Rowe Price Small-Cap Stock Fund reported on line 14 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- T Rowe Price Spectrum International Fund reported on line 15 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- T Rowe Price High Yield Fund reported on line 16 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- Vanguard Wellington Fund reported on line 60 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- All of the assets in IRA #4 on lines 20-23 of the 2014 disclosure were transferred to IRA #6 (Fidelity) in kind and sold in 2014. Therefore, IRA #4 and the assets on lines 20-23 are not included in this report.

- Croton Harmon NY Union Free School Tax Ex Muni Bond reported on line 84 of the 2014 disclosure had a zero balance on Dec 31 2014 with no activity in 2015 and therefore is not included on this report.

- Lines 9-11: All of the assets in IRA #3 were transferred to IRA #5 (Fidelity) in kind and sold.

- The assets in Trust #1 were liquidated on 8/28/15 and the proceeds were distributed to the beneficiaries on 10/6/15. Trust #1 was closed in November 2015.

- Northwestern Variable Life Policy #1 (lines 73 - 80) and Northwestern Variable Life Policy #2 (lines 81 - 88) were converted to paid up life policies in September 2015. Discretion over the investment options in the policies was lost when the policies were converted.

- Line 100: The MetLife Investors Fixed Annuity contract terminated with the death of its beneficiary on 8/20/15.

- Lines 103-108: Became a Trustee of Trust #2 on 8/20/15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent L. Briccetti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544